# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TREVINO, | CASE NO. 1:08-cv-01649-AWI-DLB PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING CERTAIN DEFENDANTS |
| v. | |
| MCBRIDE, et al., | (Doc. 9) |
| Defendants. | |

Plaintiff Robert Trevino ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On April 10, 2009, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days. Plaintiff did not file a timely Objection to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The <u>Findings and Recommendations</u>, filed April 10, 2009, is adopted in full;
2. This action shall proceed only against defendants Cano and Roberts for retaliation in violation of the First Amendment; and
3. Defendants McBride, Yates, and the director of the CDC are dismissed from this action for Plaintiff's failure to state any claims upon which relief may be granted against them.

IT IS SO ORDERED.

Dated:   **June 23, 2009**                            **/s/ Anthony W. Ishii**
                                                     CHIEF UNITED STATES DISTRICT JUDGE